UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
VINCENT J. DEMAILLE,

                 Plaintiff,

      -against-                    **REPORT AND RECOMMENDATION**
                                          CV 06-6196 (JS)(ARL)

NASSAU COUNTY, EDWARD RIELLY,
SHERIFF OF NASSAU COUNTY
CORRECTIONAL CENTER, NASSAU HEALTH
CARE CORPORATION, and DR. KANTH,

                 Defendants.

-------------------------------------------------------------X
**LINDSAY, Magistrate Judge:**

      Before the court is the *pro se* plaintiff's renewed motion to amend his complaint on referral from Judge Seybert. The undersigned recommends that the motion to amend be granted as unopposed.

      A copy of this Report and Recommendation is being served by the Court on all parties. Any objections to this Report and Recommendation must be electronically filed with the Clerk of the Court within 10 days of service. Failure to file objections within this period waives the right to appeal the District Court's Order. *See* 28 U.S.C. §636 (b) (1); Fed. R. Civ. P. 72; *Beverly v. Walker,* 118 F.3d 900, 902 (2d Cir. 1997); *Savoie v. Merchants Bank,* 84 F.3d 52, 60 (2d Cir. 1996).

Dated:  Central Islip, New York
          May 14, 2008

                                            _____/s/_____
                                            ARLENE R. LINDSAY
                                            United States Magistrate Judge