```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------X
VINCENT J. DE MAILLE,

                    Plaintiff,

    - against -                          ORDER ADOPTING REPORT AND
                                         RECOMMENDATION
                                         06-CV-6196 (JS)(ARL)
NASSAU COUNTY, EDWARD REILLY,
NASSAU HEALTH CARE CORPORATION,
DR. KANTH, Medical Director
of NHCC,

                    Defendants.
----------------------------------X
APPEARANCES:
For Plaintiff:      Vincent J. De Maille, Pro Se
                    57 Spielman Ave
                    Farmingdale, NY 11735

For Defendants:
Nassau County
and Edward Reilly   Jennean R. Rogers, Esq.
                    Liora M. Ben-Sorek, Esq.
                    Nassau County Attorney's Office
                    One West Street
                    Mineola, NY 11501-4820

NHCC, Dr. Kanth:    Alexander V. Sansone, Esq.
                    Troy & Troy
                    382 Rosevale Avenue
                    Lake Ronkonkoma, NY 11779
```

SEYBERT, District Judge:

On November 20, 2006, pro se Plaintiff Vincent J. De Maille filed a Complaint against Defendants alleging violations of 42 U.S.C. § 1983. On January 28, 2008, Plaintiff filed a motion to amend his Complaint to add another cause of action pursuant to 42 U.S.C. § 1983 for excessive force. This Court referred Plaintiff's motion to amend to Magistrate Judge Arlene R. Lindsay to report and recommend whether Plaintiff's amendment should be permitted. On

May 14, 2008, Magistrate Judge Lindsay recommended granting Plaintiff's unopposed motion to amend.

Pursuant to Rule 72 of the Federal Rules of Civil Procedure, any objections to the Report were to be filed with the Clerk of the Court within ten days of service of the Report. The time for filing objections has expired and no Party has objected. Accordingly, all objections are hereby deemed to have been waived. The Court ADOPTS the Report in its entirety and GRANTS Plaintiff's motion to amend.

On May 6, 2008, Plaintiff filed a second motion to amend to add facts related to Plaintiff's recent medical diagnoses. Defendants have not opposed Plaintiff's second motion to amend. Accordingly, the Court GRANTS Plaintiff's second motion to amend.

Plaintiff is directed to file an Amended Complaint within thirty (30) days of receiving this Order, incorporating Plaintiff's new allegations.

The Clerk of the Court is directed to mail a copy of this Order to Plaintiff via regular mail and certified mail, return receipt requested.

SO ORDERED

/s/ JOANNA SEYBERT
Joanna Seybert, U.S.D.J.

Dated: Central Islip, New York
       July  21 , 2008